UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT E. LARSON;<br>KATHLEEN E. LARSON;<br>LARSON MARINE, INC., a California Corporation; and Does 1-10,<br><br>      Defendants | Case: 2:15-CV-00934-WBS-EFB<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 21, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal    Case: 2:15-CV-00934-WBS-EFB